```
                    FILED
               U.S. DISTRICT COURT
              EASTERN DISTRICT OF LA

              2002 FEB 20  AM 10: 22

                 LORETTA G. WHYTE
                      CLERK
```

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MARC H. MORIAL, MAYOR OF THE CITY OF NEW ORLEANS, et al. | CIVIL ACTION |
| VERSUS | NO. 01-3820 |
| U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT, et al. | SECTION "T"(4) |

## JUDGMENT

The Court has denied the Plaintiffs' Motion for Breach of Contract, Declaratory Judgment, Writ of Mandamus and Application for Injunction. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment entered in favor of the Defendants, U.S. Department of Housing and Urban Development, Mel Martinez, Secretary, U.S. Department of Housing and Urban Development, and Frank Nicotera, in his Official Capacity as Executive Monitor, and against the Plaintiffs, Marc H. Morial, Mayor of the City of New Orleans, The City of New Orleans, Christopher Horton, Terry Kendrick, Trudy Connelly, Marion Jordan,

```
DATE OF ENTRY
  FEB 2 0 2002
```



Mary McCledon, Sandra Faulk, Letha Richardson, and Shener Allen dismissing the Plaintiffs' claims **WITH PREJUDICE**.

New Orleans, Louisiana, this 19th day of February, 2002.

G. Thomas Porteous, Jr.
United States District Judge